MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7017
FAX:         (415) 436-7009

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CV No. 13 2236 |
| --- | --- |
| Petitioner, | ) |
| v. | ) VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |
| THAYER D. HALL, III, | ) |
| Respondent. | ) |

Petitioner, the UNITED STATES OF AMERICA alleges and petitions as follows:

1. This proceeding is brought and this Court has jurisdiction himeof under Title 26 of the United States Code, Sections 7402(b) and 7604(a).

2. Revenue Officer RICHARD LOWE is an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Title 26, United States Code, Sections 7602 and 7603 and Title 26, Code of Federal Regulations, Sections §§ 301.7602-1 and 301.7603-1.

//

//

//

3. Petitioner RICHARD LOWE is, and at all times mentioned herein was, attempting in the course of authorized duties to conduct an investigation into THAYER D. HALL, III's tax liabilities and collection information, for the taxable fiscal periods ending 1998, 1999, 2000, 2001, 2003, 2004, 2005, 2006, 2007, and 2008.

4. Revenue Officer RICHARD LOWE, at all times herein, was attempting in the course of him authorized duties to have Respondent, THAYER D. HALL, III, produce for inspection, examination, and copying, certain records possessed by Respondent, which are relevant and material for purposes of preparing a Collection Information Statement relative to the collection of his unpaid tax liabilities.

5. Respondent THAYER D. HALL, III's last known address is 3116 Gibbons Drive, Alameda, California, which is within the venue of this Court.

6. Revenue Officer RICHARD LOWE is informed and believes that said Respondent is in possession and control of records, paper, and other data regarding income, assets and liabilities, and other matters covered by his inquiry and to which he does not otherwise have access, possession, or control.

7. On March 20, 2013, in accordance with law, Revenue Officer RICHARD LOWE served a summons on Respondent THAYER D. HALL, III in respect to the subject matter described in paragraphs 3, 4, and 6, above, by leaving a copy at the last and usual place of abode of Respondent THAYER D. HALL, III. The requirements of said summons are self-explanatory, and a true copy of the summons is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought in the summons are relevant to, and can reasonably be expected to assist in, the ascertainment and/or collection of tax liabilities of THAYER D. HALL, III for the periods stated in paragraph 3 above. It was and now is essential to completion of Revenue Officer RICHARD LOWE's inquiry regarding the preparation of the Collection Information Statement for THAYER D. HALL, III, that the Respondent produce the items demanded by the summons.

9. Respondent THAYER D. HALL, III failed to appear before Revenue Officer

1  RICHARD LOWE on April 3, 2013, as requested in the summons.

2      10. By letter dated April 15, 2013, respondent THAYER D. HALL, III was
3  provided with another opportunity to comply by appearing for an appointment with
4  Revenue Officer RICHARD LOWE on April 29, 2013. See <u>Exhibit</u> <u>B</u>.

5      11. As of the date of this petition, the Respondent has failed to comply with the
6  summons.

7      12. All administrative steps required by the Internal Revenue Code for issuance of
8  the summons have been taken.

9      13. There has been no referral to the Department of Justice for criminal
10 prosecution of the matters described in the summons.

11     WHEREFORE, having stated in its petition against the Respondent, Petitioner prays
12 for enforcement of the subject summons as alleged and set forth above, as follows:

13     A. That the named Respondent herein be ordered to appear and show cause before
14 this Court, if any, why Respondent should not be compelled by this Court under 26
15 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the
16 himein above-described summons;

17     B. That the Respondent be ordered by the Court to appear before Revenue Officer
18 RICHARD LOWE or any other designated officer, at a time and place directed by the
19 Court and then and there give such testimony and produce such items as is required by the
20 summons; and

21     C. That the Court grant the Petitioner UNITED STATES OF AMERICA its costs
22 in this proceeding and such other and further relief as may be necessary and proper.

                                        Respectfully Submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        /s/ Moore

                                        THOMAS MOORE
                                        Assistant United States Attorney
                                        Chief, Tax Division

## VERIFICATION

I, RICHARD LOWE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Oakland, California office of the Internal Revenue Service of the United States Treasury Department. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May ____, 2013 at Oakland, California.

*Richard Lowe* (signature)
RICHARD LOWE

4

United States v. Hall, III
Verified Petition



# Summons

## Collection Information Statement

**In the matter of** THAYER D HALL III, 3116 GIBBONS DRIVE, ALAMEDA, CA 94501
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** THAYER D HALL III
**At:** 3116 GIBBONS DRIVE, ALAMEDA, CA 94501

You are hereby summoned and required to appear before RICHARD LOWE, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2013 To 03/15/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

1301 CLAY STREET, 1040S, OAKLAND CA 94612 (510) 637-2521

**Place and time for appearance:** At 1301 CLAY STREET, 1040S, OAKLAND, CA 94612

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 3rd day of April, 2013 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 19th day of March, 2013

RICHARD LOWE  *Richard Lowe*    REVENUE OFFICER
Signature of issuing officer                Title

Signature of approving officer *(if applicable)*

EXHIBIT A

Original -- to be kept by IRS

**Attachment 1 to Summons Form ⌣637**

In the matter of **THAYER D HALL   III**

Period information: Form 1040 for the calendar periods ending December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

OFFICE OF THE CHIEF COUNSEL

CC:SB:7:SF:2:BWSmith
GL-116989-13

APR 15 2013

**By Regular Mail**
Thayer D. Hall, III
3116 Gibbons Drive
Alameda, CA 94501

Dear Mr. Hall:

Small Business/Self-Employed Division (California Area Collection) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you at your last known and usual place of abode on March 20, 2013. Under the terms of the summons, you were required to appear before Revenue Officer Richard Lowe on April 3, 2013 at 10:00 A.M.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

    Name: Richard Lowe
    Date: April 29, 2013
    Time: 10:00 A.M.
    Address: 1301 Clay Street, room 1040S
             Oakland, CA 94612

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Richard Lowe at (510) 637-2521.

Sincerely,

By: _____
Bryant W. Smith
Attorney (San Francisco, Group 2)
(Small Business/Self-Employed)

Enclosures (2)
    Copy of Summons
    Copy of Internal Revenue Code Section 7602, et seq.

CC Revenue Officer Richard Lowe

EXHIBIT B