```
 1 | MELINDA HAAG (CABN 132612)
   | United States Attorney
 2 | THOMAS MOORE (ALBN 4305-O78T)
   | Assistant United States Attorney
 3 | Chief, Tax Division
   | 450 Golden Gate Avenue, Box 36055
 4 | San Francisco, California 94102-3495
   | Telephone: (415) 436-7017
 5 | FAX:       (415) 436-7009
 6 | Attorneys for United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-13-2236 EMC |
| Petitioner, | DECLARATION OF NICHOLAS BRUNETTI |
| v. | |
| THAYER D. HALL, III, | |
| Respondent. | |

I, Nicholas Brunetti, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1. I am a Revenue Officer of the Internal Revenue Service of the United States Department of Treasury at 1301 Clay Street, Suite 1040S, Oakland, California 94612.

2. On June 6, 2013 at 8:15 a.m., I personally served on Thayer D. Hall, III, the May 20th, 2013, Order to Show Cause Re Enforcement of Internal Revenue Summons, the Petition, and related court documents, at his residence located at 3116 Gibbons Drive, Alameda, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2013, Oakland, California.

Nicholas Brunetti
Revenue Officer