UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>v.<br><br>THAYER D. HALL, III,<br><br>   Respondent. | NO. 13-2236 EMC<br><br>[~~Proposed~~] ORDER ENFORCING SUMMONS |

This case having come on for hearing on July 11, 2013, at 1:30 p.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that Respondent appear before Revenue Officer Richard Lowe, or any other designated agent, at 10:00 a.m., August 26, 2013, at the Offices of the Internal Revenue Service located at 1301 Clay Street, Oakland, California, 94612, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, a copy of which is attached hereto as **Exhibit A** and produce for the Revenue Officer's inspection and copying the records described in the attached subject Internal Revenue Service summons.

Failure to comply with this order may be grounds for a finding of contempt. See, e.g., United States v. Ayres, 166 F.3d 991, 994-96 (9th Cir. 1999) (affirming finding of contempt, where party failed to comply with court order directing him to provide testimony and produce records to IRS).

Petitioners are directed to serve a copy of this **ORDER** and **Exhibit A** on respondent in accordance with Fed. R. Civ. P. 4.

**ORDERED** this 11th day of July 2013, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

# Summons

## Collection Information Statement

In the matter of THAYER D HALL III, 3116 GIBBONS DRIVE, ALAMEDA, CA 94501
Internal Revenue Service *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)* SB/SE AREA 7 (27)
Periods: See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To: THAYER D HALL III
At: 3116 GIBBONS DRIVE, ALAMEDA, CA 94501

You are hereby summoned and required to appear before RICHARD LOWE, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2013 To 03/15/2013

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

1301 CLAY STREET, 1040S, OAKLAND CA 94612 (510) 637-2521

Place and time for appearance: At 1301 CLAY STREET, 1040S, OAKLAND, CA 94612

on the 3rd day of April, 2013 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 19th day of March, 2013

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

RICHARD LOWE  *[signature]*  REVENUE OFFICER
Signature of issuing officer   Title

Signature of approving officer *(if applicable)*

EXHIBIT A

Original -- to be kept by IRS

## Attachment 1 to Summons Form 6637

In the matter of **THAYER D HALL   III**

Period information: Form 1040 for the calendar periods ending December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008